IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| FEDERAL HOUSING FINANCE AGENCY, *et al.*, | * | |
| *Plaintiffs,* | * | |
| v. | * | Case No.: 1:12-cv-03102-MJG |
| SEE EXHIBIT A, at ATTACHMENT A, | * | (Underlying Actions Pending in the Southern District of New York) |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### LINE WITHDRAWING MOTION TO QUASH SUBPOENA

Movant 1st Marnier Bank ("1st Mariner"), by and through its undersigned counsel, requests that its Motion to Quash Subpoena for Documents (the "Motion"), ECF No. 1, be withdrawn, without prejudice, for the following reasons:

1.  On October 16, 2012, Plaintiff Federal Housing Finance Agency ("FHFA") served 1st Mariner with a Subpoena to Produce Documents dated October 8, 2012 (the "Subpoena"). The Subpoena commanded that the requested documents be produced by 1st Mariner on October 22, 2012 at 9:00 a.m. at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 ("Quinn Emanuel").

2.  In light of the unreasonably short period of time provided for compliance, the requirement of the Subpoena that 1st Mariner produce protected matter, and the undue burden imposed on 1st Mariner by the Subpoena, 1st Mariner exercised its right under the rules to file the Motion.

3.  Since filing the Motion, 1st Mariner has been in contact with Quinn Emanuel discussing a mutually acceptable timetable and scope of the request for producing documents that will enable 1st

Mariner to comply with Maryland law and avoid undue hardship. In particular, Quinn Emanuel has: (a) agreed to provide additional information to enable 1st Mariner to identify the information requested in the Subpoena; and (b) extended the deadline for the initial production of documents until November 16, 2012. 1st Mariner and Quinn Emanuel are continuing to consider alternatives that will sufficiently protect confidential information and require 1st Mariner to produce, on a reasonable schedule, only those documents which do not result in an undue burden on 1st Mariner.

4. The parties are optimistic that they will be able to resolve the disputes set forth in the Motion without the assistance of this Court and, on that expectation, 1st Mariner requests that its Motion be withdrawn, without prejudice to its right to re-file if Court assistance becomes necessary to resolve the remaining disputes between the parties.

WHEREFORE, for the foregoing reasons, 1st Mariner respectfully requests that the Motion be withdrawn.

Respectfully submitted,

SIMCOX AND BARCLAY, LLP

By: _____/s/_____
JOHN S. SIMCOX
Federal Bar No. 02553
jss@simcoxandbarclay.com

By: _____/s/_____
CHAD KING
Federal Bar No. 16888
cking@simcoxandbarclay.com
Simcox and Barclay, LLP
888 Bestgate Road, Suite 313
Annapolis, Maryland 21401
Tel.: 410-266-0610
Fax: 410-266-0813
*Attorneys for Movant*
*1st Mariner Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November, 2012, a copy of 1st Mariner's Line Withdrawing Motion to Quash Subpoena was served by first class mail, postage prepaid, on:

Philippe Z. Selendy
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. UBS Americas, FHFA v. JPMorgan Chase & Co., FHFA v. Deutsche Bank AG, FHFA v. Citigroup Inc., and FHFA v. Goldman, Sachs & Co.*

Manisha M. Sheth
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. UBS Americas, Inc., FHFA v. JPMorgan Chase & Co., FHFA v. Barclays Bank PLC, FHFA v. Citigroup Inc., and FHFA v. Merrill Lynch & Co., Inc.*

Christine H. Chung
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. First Horizon National Corp., FHFA v. Bank of America Corp., and FHFA v. Credit Suisse Holdings (USA), Inc.*

Richard A. Schirtzer
Adam Abensohn
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc. and FHFA v. Nomura Holding America, Inc.*

_____/s/_____
Chad King